UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMERICAN EUROPEAN INSURANCE COMPANY,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>**ERIE CONCRETE INC.,** *et al.***,**<br><br>　　　　　　　Defendants. | Civ. No. 23-3918 (LJL)<br><br>**ORDER EXTENDING TIME TO ANSWER ON BEHALF OF DEFENDANT ARA CONSTRUCTION CORP.** |

　　　　Upon stipulation and agreement between Plaintiff American European Insurance Company and Defendant ARA Construction Corp,

　　　　**IT IS ORDERED** that the time within which Defendant ARA Construction Corp. may serve and file a responsive pleading to the Complaint is hereby extended to December 20, 2023; and

　　　　**IT IS FURTHER ORDERED** that Defendant ARA Construction Corp. acknowledges service and waives any defenses based on personal jurisdiction and jurisdiction of the Court.

| | |
|---|---|
| **O'TOOLE SCRIVO, LLC** | **MIRANDA SLONE SKLARIN VERVENIOTIS LLP** |
| Attorneys for Defendant,<br>ARA Construction Corp.<br>14 Village Park Road<br>Cedar Grove, New Jersey 07009 | Attorneys for Plaintiff,<br>American European Insurance Company<br>240 Mineola Boulevard<br>Mineola, New York 11501 |
| By: *s/Michael Byrne*<br>    Michael C. Byrne, Esq. | By: *s/ Steven Verveniotis*<br>    Steven Verveniotis, Esq. |
| Dated: December 8, 2023 | Dated: December 8, 2023 |

So Ordered this  8  day of  December , 2023.

_____
Hon. Lewis J. Liman, U.S.D.J.