UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
            :
AMERICAN EUROPEAN INSURANCE COMPANY,  :
            :
         Plaintiff,      :
            :     23-cv-3918 (LJL)
   -v-       :
            :       ORDER
EIRE CONCRETE INC., RLF II BASSET, LLC, ARA  :
CONSTRUCTION CORP., AMAZON.COM     :
SERVICES, LLC, NU-WAY HEATING & COOLING,  :
INC., and JOSE VILLEGAS      :
            :
         Defendants.    :
            :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As stated at today's status conference, the deadline for discovery shall be extended to April 19, 2024. Defendant ARA Construction Corp. shall complete its document production by April 3, 2024, and make a corporate representative available for deposition on or before April 17, 2024. Plaintiff's motion for summary judgment shall be due by May 24, 2024. Additionally, Plaintiff shall file a letter by March 20, 2024 setting forth a schedule for any cross-motions for summary judgment, as well as opposition and reply briefs.

     The post-discovery status conference scheduled for March 22, 2024 is hereby cancelled.

     SO ORDERED.

Dated: March 15, 2024
      New York, New York

                             LEWIS J. LIMAN
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024