# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
AMERICAN EUROPEAN INSURANCE COMPANY,

                Plaintiff,                23 **CIVIL** 3918 (LJL)

    -against-                         **JUDGMENT**

EIRE CONCRETE INC., RLF II BASSET, LLC,
ARA CONSTRUCTION CORP., AMAZON.COM
SERVICES, LLC, NU-WAY HEATING & COOLING,
INC., and JOSE VILLEGAS,

                Defendants.
-----------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 22, 2025, Plaintiff's motion for summary judgment and default judgment is GRANTED. Plaintiff is entitled to a judgment that the Policies do not require Plaintiff to defend or indemnify any of the defendants in this action for the claims asserted in the underlying action, Jose Villegas v. RLF II Bassett, LLC, Ara Construction Corp. and Amazon.com Services, LLC, filed in the Supreme Court of the State of New York, Bronx County, under Index Number 817010/2021E, including third-party claims, cross-claims, and counterclaims in that action. Eire's motion for summary judgment is DENIED.

**Dated:** New York, New York

    January 23, 2025

                                               **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                             **BY:**

                                                 **Deputy Clerk**